# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156195(27)

HOME-OWNERS INSURANCE COMPANY,
       Plaintiff/Counterdefendant-
       Appellee,

v

ADVANCED FARM EQUIPMENT, LLC,
       Defendant/Cross-Defendant-
       Appellee,

and

BURLINGTON INSURANCE COMPANY,
       Defendant/Counterplaintiff/
       Cross-Plaintiff-Appellant,

and

KYLE LENNARD, STEFANI LENNARD, and
LENNARD AG COMPANY,
       Intervening Defendants-Appellees.
_____/

SC: 156195
COA: 336456
Montcalm CC: 2015-020669-CK

      On order of the Chief Justice, the motion of the plaintiff/counterdefendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on August 28, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2017



Clerk